THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
    v.
 Candida A.,
 James A., and John Doe, Defendants,
 Of whom Candida
 A. and James A. are the Appellants.
 In the interest of four minor children under the age of 18.
 
 
 

Appeal From Sumter County
George M. McFaddin, Jr., Family Court
 Judge
Unpublished Opinion No. 2011-UP-053
Submitted February 1, 2011  Filed
 February 10, 2011    
AFFIRMED

 
 
 
 Willie H. Brunson, of Sumter, for Appellant Candida A.
 Everett J. Mercer, of Sumter, for Appellant James A.
 Deborah T. Nielsen, of Sumter, for Respondent.
 Deborah Dawson, of Sumter, Guardian ad Litem. 
 
 
 

PER CURIAM: Candida
 A. and James A. both appeal from the
 family court's final order terminating their parental rights to their minor
 children.  See S.C.
 Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the record and the
 family court's findings of fact and conclusions of law pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling. 
AFFIRMED.[1]
WILLIAMS
 and KONDUROS, JJ., and CURETON, A.J., concur.       

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.